FILED'08 JAN 07 16:22USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JANENE ELLSWORTH, on behalf of
M.E., a minor child,

      Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security

      Defendant.

Civ. No. 07-281-CL

ORDER

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff has filed objections. This court reviews legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given this matter *de novo* review. I agree with Magistrate Judge Clarke that plaintiff has failed to show that a consultative examination is required. Accordingly, I ADOPT the

1 - ORDER

Report and Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#23) is adopted. The Commissioner's decision is affirmed and this action is dismissed.

IT IS SO ORDERED.

DATED this __7__ day of January, 2008.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER