FILED'08 JAN 07 16:22USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JANENE ELLSWORTH, on behalf of
M.E., a minor child,

      Civ. No. 07-281-CL

     Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

                             **JUDGMENT**

     Defendant.

_____

    The Commissioner's decision is affirmed and this action is dismissed.

    DATED this ____7____ day of January, 2008.

                        OWEN M. PANNER
                        U.S. DISTRICT JUDGE

1 - JUDGMENT